JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

**ORIGINAL**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**DEFENDANTS**

SAMUEL A. SMITH

**FILED**

2008 AUG 26 PM 2:19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff _____

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   San Diego

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

KAREN H. HEWITT, U.S. ATTORNEY
Mary C. Lundberg, Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA  92101  (619) 557-5977

Attorneys (If Known)

**'08 CV 1573 W JMA**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

X 1  U.S. Government Plaintiff

2  U.S. Government Defendant

3  Federal Question (U.S. Government Not a Party)

4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| X 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | **LABOR** | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | | **SOCIAL SECURITY** | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | **Habeas Corpus:** | 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights | 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

X 1 Original Proceeding

2 Removed from State Court

3 Remanded from Appellate Court

4 Reinstated or Reopened

5 Transferred from another district (specify)

6 Multidistrict Litigation

7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

28 U.S.C. 1345 Title IV-B of the Higher Education Act of 1964, as amended (20 U.S.C. 1071 et Seq (34 CFR

Brief description of cause:
Defaulted Student Loans

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 12,846.55

CHECK YES only if demanded in complaint:

**JURY DEMAND:** X Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)

JUDGE _____

DOCKET NUMBER _____

DATE  9-25-08

SIGNATURE OF ATTORNEY OF RECORD
Mary C. Lundberg, Assistant U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



# ☐ORIGINAL

KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Assistant U. S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6759/ (619) 557-5401(Fax)
Email: Mary.Lundberg@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED

2008 AUG 26 PM 2: 19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1573 W JMA

| UNITED STATES OF AMERICA, | ) | Civil No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR MONEY DAMAGES |
| SAMUEL A. SMITH, | ) | |
| Defendant. | ) | |

For its claim against the above-named defendant, the United States of America alleges:

1. This court has jurisdiction under 28 U.S.C. § 1345.

2. The defendant resides within the court's jurisdiction.

## FIRST CAUSE OF ACTION

3. Defendant obtained a student loan totaling $4,000.00, which was insured by the U. S. Department of Education ("DOEd") pursuant to 20 U.S.C. § 1071, et seq.

///
///
///
///
///

MCL:sh/2008a77499

1    4. Defendant defaulted and the original lender applied to a guaranty agency for reimbursement

2    of its guaranteed loan. On or about May 12, 1995, this claim was paid by the agency which assumed all

3    the lender's rights upon the insured loan. Thereafter, on or about January 10, 2002, DOEd assumed all

4    rights to the claim from the guaranty agency. As, indicated in the Certificate of Indebtedness

5    (Exhibit 1).

6    5. Pursuant to 34 C.F.R. § 682.202 and/or terms of the promissory note the holder(s) capitalized

7    acrrued interest of $906.01 thereby increasing the balance due to $4,906.01 principal.

8    6. Although demand has been made, defendant has paid no part of the debt.

9    <u>SECOND CAUSE OF ACTION</u>

10    7. Defendant obtained a student loan totaling $7,500.00 which was insured by DOEd pursuant

11    to 20 U.S.C. § 1071, <u>et</u> <u>seq</u>.

12    8. Defendant defaulted and the original lender applied to a guaranty agency for reimbursement

13    of its guaranteed loan. On or about August 25, 1995, claim was paid by the agency which assumed all

14    the lender's rights upon the insured loan. Thereafter, on or about January 10, 2002, DOEd assumed all

15    rights to the claim from the guaranty agency. As, indicated in the Certificate of Indebtedness

16    (Exhibit 2).

17    9. Pursuant to 34 C.F.R. § 682.202 and/or the terms of the promissory note the holder(s)

18    capitalized accrued interest of $440.54 thereby increasing the balance due to $7,940.54 principal.

19    10. Although demand has been made, defendant has paid no part of the debt.

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    2

1      WHEREFORE, plaintiff prays for:

2      1.  Judgment against defendant as to the First Cause of Action in the amount of $4,906.01

3   principal, plus interest at 8.20 percent per annum from May 12, 1995, to the date of entry of judgment.

4      2.  Judgment against defendant as to the Second Cause of Action in the amount of $7,940.54

5   principal, plus interest at 8 percent per annum from August 25, 1995, to the date of entry of judgment.

6      3.  Interest after judgment at the then-current legal rate, compounded annually until paid in full,

7   pursuant to 28 U.S.C. § 1961(b).

8      4.  Costs of processing and handling this claim pursuant to 31 U.S.C. § 3717(e)(1).

9      5.  Penalty charges pursuant to 31 U.S.C. § 3717(e)(2).

10     6.  Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2).

11     7.  Costs of suit.

12     8.  Such other relief as the court deems proper.

13   DATED: 8-25-08

14                           KAREN P. HEWITT
                             United States Attorney
15

16

17   MARY C. LUNDBERG
     Assistant United States Attorney
18   Attorneys for Plaintiff
     United States of America
19   Email: Mary.Lundberg@usdoj.gov

20

21

22

23

24

25

26

27

28                              3

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 2**

Samuel A. Smith
10124 California Waters Dr.
Spring Valley, CA 91977-3466
Account No. XXXXX9912

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 05/23/08.

On or about 02/02/92, the borrower executed promissory note(s) to secure loan(s) of $4,000.00 from Wells Fargo (Scottsdale, AZ). This loan was disbursed for $4,000.00 on 08/06/92, at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by United Student Aid Funds, Inc., and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 08/06/94, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $4,906.01 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 01/10/02, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $4,906.01 |
| Interest: | $4,934.03 |
| | |
| Total debt as of 05/23/08: | $9,840.04 |

Interest accrues on the principal shown here at the current rate of 8.20 percent and a daily rate of $1.10 through June 30, 2008, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: **07/18/08**

Loan Analyst
Litigation Support

**Delfin M. Reyes**
**Loan Analyst**

**GOVERNMENT**
**EXHIBIT**

**1**

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #2 OF 2

Samuel A. Smith
10124 California Waters Dr.
Spring Valley, CA 91977-3466
Account No. XXXXX9912

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 05/23/08.

On or about 02/02/92, the borrower executed promissory note(s) to secure loan(s) of $7,500.00 from Wells Fargo (Scottsdale, AZ). This loan was disbursed for $7,500.00 on 08/06/92, at 8.00 percent interest per annum. The loan obligation was guaranteed by United Student Aid Funds, Inc., and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 11/30/94, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $7,940.54 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 01/10/02, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $7,940.54 |
| Interest: | $8,502.53 |
| Total debt as of 05/23/08: | $16,443.07 |

Interest accrues on the principal shown here at the rate of $1.74 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: **07/18/08**

**Delfin M. Reyes
Loan Analyst**

Loan Analyst
Litigation Support

GOVERNMENT
EXHIBIT
2