# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 26  PM 2: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
PLAINTIFF

vs

SAMUEL A. SMITH
DEFENDANT

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1573 W JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MARY C. LUNDBERG, Assistant U.S. ATTORNEY
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA  92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

AUG 2 6 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)